## HARRIS BEACH PLLC
### ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

**LEE E. WOODARD**

FAX:     (315) 422-9331
LWOODARD@HARRISBEACH.COM

December 21, 2009

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

      Re:    <u>James & Helen Smith - Case No. 06-32035</u>

Dear Clerk:

      Enclosed please find a check in the amount of $2.96 for the benefit of Auburn Eye Care/Arleo Eye Institute, which represents their pro-rated share of dividends payable in the above case.

      Please be advised that the address of Auburn Eye Care/Arleo Eye Institute is 10 Brentwood Dr., Suite A, Ithaca, NY 14850.

      Sincerely,

      HARRIS BEACH PLLC

      Lee E. Woodard

LEW/ca
Enc.

FILED
DEC 22 2009
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

RECEIVED
DEC 22 2009
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY