# HARRIS BEACH PLLC
### ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

**LEE E. WOODARD**

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

December 21, 2009

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

    Re:    <u>James & Helen Smith - Case No. 06-32035</u>

Dear Clerk:

    Enclosed please find a check in the amount of $4.40 for the benefit of NYS Electric & Gas Corp., which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of NYS Electric & Gas Corp., P.O. Box 5240, Binghamton, NY 13902.

                             Sincerely,

                             HARRIS BEACH PLLC

                             Lee E. Woodard/ca

LEW/ca
Enc.

FILED
DEC 22 2009
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY