# HARRIS BEACH PLLC
### ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX: (315) 422-9331
LWOODARD@HARRISBEACH.COM

December 21, 2009

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

    Re:    James & Helen Smith - Case No. 06-32035

Dear Clerk:

    Enclosed please find a check in the amount of $3.63 for the benefit of U.S. Dept. of Education, which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of U.S. Dept. of Education, P.O. Box 530260, Atlanta, GA 30353-0260.

                              Sincerely,

                              HARRIS BEACH PLLC

                              Lee E. Woodard

LEW/ca
Enc.

FILED
DEC 22 2009
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

RECEIVED
DEC 22 2009
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY